UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN ZURNDORFER,

                  04 Civ. 33497 (RCC)

         Plaintiff,

                  **NOTICE OF MOTION**

   -against-

UNUM LIFE INSURANCE COMPANY OF
AMERICA, d/b/a UNUMPROVIDENT

         Defendants.
------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the Administrative Record relating to plaintiff's claim for benefits under an employee benefit plan, Unum Life Insurance Company of America's Brief in Support of its Motion for Judgment on the Administrative Record dated April 13, 2005, and on all prior papers and proceedings in this action, Defendant will this Court before the Honorable Richard Conway Casey, at the Courthouse, 500 Pearl Street, New York, New York, at such time as the Court may hear counsel, for an order granting Unum Life Insurance Company of America's motion for judgment on the administrative record, confirming its administrative determination and dismissing the complaint, together with such other relief as the Court deems just.

Dated:  Bronxville, New York
         April 13, 2005

                                              BEGOS & HORGAN, LLP

                                              By: _____
                                                   Christopher G. Brown (CB7755)
                                              Attorneys for Defendant
                                              7 Pondfield Road
                                              Bronxville, New York 10708
                                              (914) 961-4441

To: Mark Scherzer, Esq.
Attorney for Plaintiff
7 Dey Street
New York, NY 10007