UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
SUSAN ZURNDORFER,
: CV 04 3497 (RJH)
  Plaintiff,
:
  -against-
: **STIPULATION OF DISMISSAL WITH PREJUDICE**
UNUM LIFE INSURANCE COMPANY OF
AMERICA, d/b/a UNUMPROVIDENT,
  Defendant.
-------------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in this action, that this action be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: May 21, 2008

BEGOS HORGAN & BROWN LLP

By: _____
 Patrick W. Begos (PB4372)
Attorneys for First Unum
7 Pondfield Road
Bronxville, NY 10708-0369
(914) 961-4441

_____
MARK SCHERZER
Attorney for Plaintiff
7 Dey Street
New York, NY 10007
(212) 406-9606

SO ORDERED:

_____
U.S.D.J.
6/17/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08